FILED
2005 May-25 PM 04:06
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| **JOE DANIEL HOLT, JR.,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) Civil Action No. CV 04-S-2653-NE |
| | ) |
| **SHERIFF MIKE BLAKELY, et al.,** | ) |
| | ) |
| **Defendants.** | ) |

## MEMORANDUM OF OPINION

The magistrate judge has filed a report recommending that the defendants' motion for summary judgment be granted, and that plaintiff's claims be dismissed with prejudice. Plaintiff filed objections on April 20, April 22, April 25, April 26, and April 27, 2005. (Doc nos. 29-33.)

Having carefully reviewed and considered *de novo* all the materials in the court file, including the Magistrate's report and recommendation and plaintiff's objections, the court is of the opinion that the report is due to be, and it hereby is **ADOPTED**, and the Magistrate's recommendation is **ACCEPTED**. The court **EXPRESSLY FINDS** that there are no genuine issues of material fact, and that defendants are entitled to judgment as a matter of law. Accordingly, defendants' motion for summary judgment is **GRANTED** and all claims in this action are **DISMISSED WITH PREJUDICE**. A Final Judgment will be entered.

**DONE** this 25th day of May, 2005.

_____
United States District Judge